1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    VERNON MCNEAL,                              No.  2:13-cv-1904-EFB P

12                     Plaintiff,

13          v.                                    ORDER

14    UNKNOWN,

15                     Defendant.

16

17          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.  He has filed a request for an extension of time to file a civil rights complaint.

19    ECF No. 1.  Plaintiff has not properly commenced a civil action.  If plaintiff is not yet ready to

20    file a complaint as directed below, then this case will be closed.  Thereafter, if plaintiff files a

21    complaint, a new action will be opened.

22          A complaint is necessary for the commencement of a civil action and must contain a short

23    and plain statement of plaintiff's claim, showing that he is entitled to relief.  Fed. R. Civ. P. 3;

24    Fed. R. Civ. P. 8.  Plaintiff may draft his claims on the form complaint used by this court.

25          To proceed with a civil action, a plaintiff must pay the $400 filing fee required by 28

26    U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust

27    account statement required by 28 U.S.C. § 1915(a).  Section 1915(a)(2) requires "a prisoner

28    seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing

                                                    1

1    the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund

2    account statement (or institutional equivalent) for the prisoner for the 6-month period

3    immediately preceding the filing of the complaint . . . , obtained from the appropriate official of

4    each prison at which the prisoner is or was confined."  In order to proceed, plaintiff must either

5    pay the filing fee or comply with the in forma pauperis statute.

6          Until plaintiff submits a complaint and either pays the filing fee or meets the requirements

7    of 28 U.S.C. § 1915(a), there simply is no case before the court.

8          Accordingly, it hereby is ORDERED that:

9          1. The Clerk of the Court shall send to plaintiff the form complaint and application for

10   leave to proceed in forma pauperis used in this court.

11         2. Within 30 days of the date of this order, plaintiff shall either pay the $400 filing fee or

12   submit a complete application for leave to proceed in forma pauperis.

13         3.  Within 30 days of the date of this order, plaintiff shall submit a complaint stating the

14   nature of the action and his belief that he is entitled to redress.  Failure to comply with this order

15   may result in dismissal.

16         4.  Plaintiff's request for an extension of time (ECF No. 1) is denied.

17   DATED:  September 26, 2013.

18

19                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28