UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON MCNEAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Defendant. | No. 2:13-cv-1904-EFB P<br><br><br>ORDER |

  Vernon McNeal is a state prisoner proceeding without counsel. This action was opened when Mr. McNeal filed a request for an extension of time to file a civil rights complaint. ECF No. 1. Mr. McNeal has not properly commenced a civil action.

  A complaint is necessary for the commencement of a civil action. Fed. R. Civ. P. 3. In addition, a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

  By order dated September 27, 2013, the court informed Mr. McNeal that if he was not yet ready to file a complaint, this case would be closed. The court granted him 30 days to properly commence a civil action. Those 30 days have passed and Mr. McNeal has not filed the necessary documents. Instead, he has requested another 90 days within which to comply.

/////

1

1      Mr. McNeal has not submitted a complaint and either paid the filing fee or met the
2 requirements of 28 U.S.C. § 1915(a), and there is simply no case before the court.
3      Accordingly, it hereby is ORDERED that the Clerk is directed to close this case.
4 DATED: October 29, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE