1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON MCNEAL, | No. 2:13-cv-1904-EFB P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendant. | |

Vernon McNeal is a state prisoner proceeding without counsel. This action was opened when Mr. McNeal filed a request for an extension of time to file a civil rights complaint. ECF No. 1. Mr. McNeal has not properly commenced a civil action.

A complaint is necessary for the commencement of a civil action. Fed. R. Civ. P. 3. In addition, a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

By order dated September 27, 2013, the court informed Mr. McNeal that if he was not yet ready to file a complaint, this case would be closed. The court granted him 30 days to properly commence a civil action. Those 30 days have passed and Mr. McNeal has not filed the necessary documents. Instead, he has requested another 90 days within which to comply.

/////

1

1  Mr. McNeal has not submitted a complaint and either paid the filing fee or met the
2  requirements of 28 U.S.C. § 1915(a), and there is simply no case before the court.
3  Accordingly, it hereby is ORDERED that the Clerk is directed to close this case.
4  DATED: October 29, 2013.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE